**Don PARKS d/b/a Grand Meatmakers, Respondent,**

v.

**Charles PENISTON, Appellant.**

**No. WD 33872.**

Missouri Court of Appeals, Western District.

Sept. 11, 1984.

Holliday & Holliday, Kent Minton, and Harold L. Holliday, Jr., Kansas City, for appellant.

Stockard, Andereck, Hauck, Sharp & Evans, Terry M. Evans, Trenton, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

This appeal is from a judgment in favor of the plaintiff under petition for quantum meruit and against the defendant on a claim of breach of oral contract.

The judgment is affirmed. Rule 84.16(b)